IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRENDA HAFFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-042 |
| | ) | |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

The Court **GRANTS** the parties' motion to stay proceedings, (doc. no. 16), and **STAYS** all discovery and pretrial deadlines through and including July 30, 2021, to finalize the settlement agreement and file a joint stipulation of dismissal. In the event settlement is not finalized, the parties shall inform the undersigned to that effect in a status report to be filed on or before July 30, 2021.

SO ORDERED this 1st day of April, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA